UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIO SALAZAR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>L. SCOTT McEWEN, Warden,<br><br>　　　　　Respondent. | No. CV 12-4071-PSG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: October 30, 2012

　　　　　　　　　　　　　　　　HONORABLE PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE